| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BECKER, EDWARD R | 2. Court or Organization THIRD CIRCUIT | 3. Date of Report 5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. CIRCUIT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 19613 U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | ALI-ABA Committee on Continuing Professional Education (Representative of ALI) |
| 2. Member | Advisory Board - Judicial Outreach Program, American Society of International Law |
| 3. Member | Board of Directors, Historic Philadelphia, Inc. |
| 4. Member | Executive Board, Independence Mall Business and Residents Coalition |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 23 A 11: 22 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BECKER, EDWARD R | 5/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Philadelphia Courts - salary |
| 2. | 2004 | Trustee's Commission - Joseph M. Field Trust |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Law Institute | 4/15/04-4/18/04-Chicago, IL - Seminar (Transportation, lodging & meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKER, EDWARD R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. First Union Bank, Phila., PA (formerly Corestates Bank) | A | Interest | | | Redeemed | 3-1 | K | A | |
| 2. State of Israel Bonds | B | Interest | L | T | | | | | |
| 3. Vanguard Total Stock Fud | B | Interest | L | T | | | | | |
| 4. Bell South | B | Dividend | L | T | | | | | |
| 5. Eli Lilly & Co. | A | Dividend | J | T | | | | | |
| 6. Penn State University | A | Int | J | T | | | | | |
| 7. Penn Turnpike Bonds | B | Interest | L | T | | | | | |
| 8. PA State General Obligation Bonds | B | Int | K | T | | | | | |
| 9. Bristol Township School District | A | Interest | | | Redeemed | 2-1 | J | A | |
| 10. Phila. Hospitals & Higher Education Bond | A | Dividend | | | Redeemed | 5-3 | J | A | |
| 11. Suburban Lancaster Sewer Authority | B | Interest | K | T | | | | | |
| 12. Coatesville, PA G.O. | B | Interest | K | T | | | | | |
| 13. Sharon Regional Health System | A | Dividend | K | T | | | | | |
| 14. Phila. Municipal Authority Rev. | A | Interest | J | T | | | | | |
| 15. Allegheny County Higher Education | A | Interest | | | Redeemed | 7-15 | J | A | |
| 16. Altoona PA City Auth. Wtr. Rev. | A | Interest | J | T | | | | | |
| 17. Inflation Protected Securities Fund (IRA) | A | Dividend | J | T | | | | | |
| 18. Philadelphia PA ARPT REV | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $600,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKER, EDWARD R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Downingtown PA Area School District | A | Interest | J | T | | | | | |
| 20. NE York County Bond | A | Interest | K | T | | | | | |
| 21. Lehigh County GO | A | Interest | | | Redeemed | 6-16 | K | A | |
| 22. Tax Free Command Money Fund | A | Dividend | | | Sold | 7-15 | J | A | |
| 23. Hopewell PA Area School District | A | Interest | J | T | | | | | |
| 24. U.S. Government Series I Bonds (2) | A | Interest | K | T | | | | | |
| 25. Polonia Bank CDs | C | Interest | M | T | | | | | |
| 26. Prudential Special Money Market Fund | C | Dividend | | | Sold | 6-15 | M | A | |
| 27. AIM Cash Reserves | A | Dividend | K | T | | | | | |
| 28. Prudential Money Market Fund | A | Dividend | | | Sold | 6-15 | M | A | |
| 29. Allegheny County PA Hospital Development Authority Revenue | A | Interest | L | T | | | | | |
| 30. Allegheny County PA Arpt Rev | A | Interest | L | T | | | | | |
| 31. Allegheny County PA Residential Fin Authority | A | Interest | K | T | | | | | |
| 32. Philadelphia PA School District Ser A2 Ltd Tax Genl Oblig | A | Interest | K | T | | | | | |
| 33. Philadelphia PA Gen Obligation Ltd Tax | A | Interest | K | T | | | | | |
| 34. Philadelphia PA Hospitals & Higher Ed Facs Auth | A | Interest | K | T | | | | | |
| 35. FHLMC REMIC Series 2404(IRA) | A | Interest | K | T | Bought | 6-16 | M | | |
| 36. Command Money Fund (IRA) | A | Interest | | | Sold | 6-15 | J | A | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less     K = $15,001-$50,000       L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                       P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
   (See Column C2)          U = Book Value          V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BECKER, EDWARD R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | | | | | |
| 38. FNMA REMIC | B | Interest | L | T | | | | | |
| 39. GOVT NATL MTG ASSOC REMIC | E | Interest | L | T | | | | | |
| 40. Ambridge PA Area School District Series | A | Interest | L | T | | | | | |
| 41. PA HFA SINGLE FAMILY MTGE REV | A | Interest | K | T | | | | | |
| 42. PENNSYLVANIA ST SECOND SER GENERAL OBLI | A | Interest | K | T | | | | | |
| 43. SOUTH FORK MUN AUTH PA HOSP REV | A | Interest | K | T | | | | | |
| 44. STATE PUB SCH BLDG AUTH PA COLLEGE REV | A | Interest | K | T | | | | | |
| 45. YORK PA GEN AUTH GTD REV | A | Interest | K | T | | | | | |
| 46. GNMA RTM | A | Interest | K | T | | | | | |
| 47. GMAC Smart Notes | A | Interest | K | T | | | | | |
| 48. University Area JT Sewer Authority | A | Interest | L | T | | | | | |
| 49. Allentown PA Parking Authority | A | Interest | K | T | | | | | |
| 50. Northampton Area School District | A | Interest | L | T | | | | | |
| 51. PA State Higher ED FACS AUTH | A | Interest | L | T | | | | | |
| 52. Philadelphia PA Water & Wastewater General | A | Interest | K | T | | | | | |
| 53. Pittsburgh PA Water & Sewer | A | Interest | L | T | | | | | |
| 54. PA Intergovernmental Authority | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKER, EDWARD R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Pocono Mtn. School Dist. GO | A | Interest | K | T | Bought | 8-17 | K | | |
| 56. William Penn PA School Dist. GO | A | Interest | L | T | Bought | 1-14 | L | | |
| 57. SYSCO Corp. | A | Dividend | K | T | Bought | 8-9 | L | | |
| 58. Diamonds Trust 1 | A | Dividend | K | T | Bought | 7-14 | K | | |
| 59. SPDR UNITSER 1 | A | Dividend | K | T | Bought | 17-13 | K | | |
| 60. Richmond Township Municipal Bonds | A | Interest | K | T | Bought | 8-25 | K | | |
| 61. Kenneth Square PKG AUTH | A | Interest | K | T | Bought | 8-21 | K | | |
| 62. Erie PA | A | Interest | J | T | Bought | 11-3 | J | | *See additional comments. |
| 63. SPDRT UNITSERV 1 IRA | A | Dividend | J | T | Bought | 7-14 | J | | |
| 64. GNMA IRA | A | Dividend | J | T | Bou ht | 6-15 | J | | |
| 65. Moneymart Assets | A | Interest | J | T | Bought | 6-15 | K | | |
| 66. Jennison Dryden Money Market Fund | A | Interest | L | T | Bought | 7-14 | L | | |
| 67. AIM Cash Reserve | A | Interest | L | T | Bought | 6-15 | L | | |
| 68. GN II REMIC | D | Interest | M | T | Bought | 6-15 | L | | |
| 69. FLHMC REMIC | A | Interest | K | T | Bought | 7-14 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BECKER, EDWARD R | 5/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Line 62 - Erie PA was purchased on 11-3-2003 and inadvertently left off the 2003 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BECKER, EDWARD R | 5/13/2005 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BECKER, EDWARD R | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date  5 - 15 - 65

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544